IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY, as Subrogee of WORLD FIBER TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SUNBELT DIRECTIONAL DRILLING, INC.<br><br>Defendant. | Civil Action No: 1-07-CV-0408-JOF |

**PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW Plaintiff, MASSACHUSETTS BAY INSURANCE COMPANY, as Subrogee of WORLD FIBER TECHNOLOGIES, INC., and files its Response to Defendant's Motion for Partial Summary Judgment as follows:

**Plaintiff, having reviewed the legal position of the Defendant and the cited authority, concurs that the statute of limitation has expired on any subrogation claim sounding in negligence, and has notified opposing counsel of its position in a letter attached hereto as Exhibit "A".**

Plaintiff will consent to Defendant's motion, but only as to the negligence theory of subrogation. Plaintiff reserves all other claims asserted in the Complaint as a basis for its subrogation claims.

Respectfully submitted this 10th day of September, 2007.

>*/s/ M. Scott Barksdale*
> M. Scott Barksdale
> GA State Bar No. 037975
> **Counsel for Plaintiff**
> Barksdale & Associates
> 6600 Peachtree Dunwoody Rd.
> 600 Embassy Row, Suite 500
> Atlanta, GA 30328
> (770) 353-6037
> (770) 353-6625 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY, as Subrogee of WORLD FIBER TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUNBELT DIRECTIONAL DRILLING, INC. <br><br> Defendant. | Civil Action No: 1-07-CV-0408-JOF |

## CERTIFICATE OF SERVICE

This is to certify that I have this date electronically filed **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

**Attorney for Plaintiff**

Michael H. Schroder
Brian W. Burkhalter
SWIFT, CURRIE, MCGHEE & HIERS
The Peachtree – Suite 300
1355 Peachtree Street, N.E.
Atlanta, GA 30309
Email: mike.schroder@swiftcurrie.com
Email: brian.burkhalter@swiftcurrie.com

Respectfully submitted this 10th day of September, 2007.

               */s/ M. Scott Barksdale*
               M. SCOTT BARKSDALE
               Ga. Bar No. 037975
               **Attorney for Plaintiff**

BARKSDALE & ASSOCIATES
6600 Peachtree Dunwoody Road
600 Embassy Row, Suite 500
Atlanta, GA 30328
Telephone: (770) 353-6037
Email: mbarksdale@hanover.com